In the Matter of the Final Settlement of Clara R. Atkinson's Accounts as Administratrix, etc.— Order affirmed, with costs and disburse ments, Opinion by Pratt, J.

Josephus N. Goodfellow, Respondent, v. Royal L. Wolcott, Appellant.— Order reversed, with costs and disbursements, and motion denied. Opinion by Barnard, P. J.; Pratt, J., not sitting.

Richard Cahill, Plaintiff, v. Patrick Hickey, Defendant. — Part of order appealed from affirmed, with costs and disbursements. Opin ion by Dykman, J.

Margaret Murphy and another, Respondents, v. Mary Owen and others, Appellants.— Order affirmed, with ten dollars costs and disburse ments. Opinion by Dykman, J.; Barnard, P. J., not sitting.

Robert J. Smith, as Guardian, Respondent, v. Sigismund B. Wortman, as Executor, etc., Appellant.— Order vacating decree settling executor's accounts of Thomas Smith, de ceased, reversed, with costs and disbursements. Opinion by Barnard, P. J.

The Trustees, etc., of the Town of Southampton, Respondent, v. The Mecox Bay Oyster Com pany, Appellant. — Judgment affirmed, with costs. Opinion by Barnard, P. J.; Pratt, J., dissenting.

Frank Abbott, Respondent, v. The New York, Lake Erie and Western Railroad Company, Appellant.— Judgment affirmed, with costs. Opinion by Barnard, P. J.

George W. Conselyea and others, Appellants, v. Dudley Blanchard and others, Respondents.— Judgment affirmed, with costs Opinion by Dykman, J.

Henry G. Atwater, Appellant, v. Margaret G. Spader and another, Respondents.— Judgment affirmed, with costs. Opinion by Dykman, J.

Henry A. Blake, Respondent, v. Isabella A. Cor bitt, Appellant. Judgment of foreclosure of lien affirmed, with costs. Opinion by Pratt, J.; Dykman, J, not sitting.

Henry A Blake, Appellant, v. Richard Crowley, Respondent, Impleaded, etc.—Judgment dis missing complaint as to Crowley reversed and new trial as to Crowley granted, with leave to plaintiff to discontinue as to Crowley, without costs. Opinion by Pratt, J.; Dykman, J., not sitting.

Eliza W. Parkhurst, Sole Executrix, etc., Re spondent, v. Robert H. Berdell and others, Appellants, Impleaded, etc. —Judgment af firmed, with costs. Opinion by Dykman, J.

Irving Felter and another. Respondents, v. John Claffy, Appellant.—Judgment and order deny ing new trial affirmed, with costs. Opinion by Barnard, P. J.

Charles E. McDowell, Respondent, v. The New York and Sea Beach Railway Company, Ap pellant. — Motion denied, with ten dollars costs. Opinion by Barnard, P. J.

George F. Albrecht, Plaintiff, v. Charles E. Davis, Defendant.—Judgment affirmed, with costs. Opinion by Barnard, P. J.

Thomas M. King and others, Respondents, v. Reon Barnes. Appellant, Impleaded, etc.— Judgment modified in accordance with opinion of Judge Pratt; order to be settled by him and otherwise affirmed, with costs. Opinion by Pratt, J.; Barnard, P. J., not sitting.

Thomas M. King, Respondent, v. John II. Post, Appellant, Impleaded, etc. — Order affirmed, with costs and disbursements. Opinions by Dykman and Pratt, JJ.; Barnard, P. J., not sitting

Alice Palmer, Respondent, v. Benjamin T. Sear ing, Appellant, Impleaded, etc. Order over ruling demurrer to complaint and judgment thereon affirmed, with costs. Opinion by Barnard, P. J.; Pratt, J., not sitting.

The Importers and Traders' National Bank of the City of New York and others, Appellants, v. Clarence Perine and others, Respondents.—

Judgment affirmed, with costs. Opinion by Pratt, J.; Dykman, J., not sitting.

Emma Sproul v. Franklin Newman, Jr.—Motion for reargument granted, without costs. Opinion by Dykman, J.

Emma Nearpass and others, Appellants, v. Franklin Newman, Jr., Respondent.—Judg ment reversed and new trial granted, costs to abide event. Opinion by Barnard, P. J.

Isaac P. Conklin, Respondent, v. Hiram Cooper, Appellant. — Judgment modified by striking out sixty dollars from its amount, and as modified affirmed, without costs. Opinion by Pratt, J.; Barnard, P. J., not sitting.

Marian L. Todd, Respondent, v, Annie C. Haeger, Appellant.—Judgment and order de nying new trial affirmed, with costs. Opinion by Barnard, P. J.

Oliver Downs, Respondent, v. Maria Wells and another, Appellants. — Judgment and order denying new trial reversed, and new trial granted, costs to abide event. Opinion by Pratt, J.

Jane Corbett, Administratrix, etc., Appellant, v. The New York Central and Hudson River Railroad Company, Respondent. — Judgment and order denying new trial affirmed, with costs. Opinion by Barnard, P. J.

George R. Collyer, Respondent, v. Charles S. Collyer, Administrator, etc., Appellant. — Judgment affirmed, with costs. Opinion by Pratt, J.; Dykman, J., not sitting.

Cornelius E. Kene, Executor, etc., Respondent, v. John J. McAdams, Appellant.—Judgment affirmed, with costs. Opinion by Dykman, J.; Barnard, P. J., not sitting.

Luther E. Mansfield, Respondent, v. The New York Central and Hudson River Railroad Com pany, Appellant. — Judgment affirmed, with costs. Opinion by Barnard, P. J.

Asa W. Parker, Appellant, v. Charles S. Baker, Respondent.—Judgment affirmed, with costs. Opinion by Dykman, J.; Pratt, J., not sitting.

Amelia Gall, Respondent, v. Charles F. Gall and others, Appellants.—Judgment and order de nying new trial, affirmed with costs. Opinion by Pratt, J.

The Stafford National Bank, Respondent, v. Emma K. Underwood, Appellant.—Judgment affirmed, with costs. Opinion by Barnard, P. J.

Joshua C. Sanders, Respondent, v. Nathan Downs, Appellant. Judgment affirmed, with costs. Opinion by Dykman, J.

Cora E. Fiske, Respondent, v. Charles W. Bar deen, Appellant.—Order affirmed, with costs and disbursements. Opinion by Pratt, J.; Barnard, P. J., not sitting.

Empire Hook and Ladder Company, Respondent, v. The Phœnix Insurance Company and others, Appellants.—Judgment reversed and new trial granted, costs to abide event. Opinion by Barnard, P. J.

Mary A. Wood, as Administratrix, etc., Respond ent, v. Alfred L. Simonson and another, Ex ecutor, etc., Appellants. — Order affirmed, with costs and disbursements. Opinion by Barn ard, P. J.

Stephen H. Herrman and another Plaintiffs, v. The Brooklyn, Flatbush and Coney Island Railroad Company and others, Defendants. — Order affirmed, with costs and disbursements, Opinion by Dykman J. ; Barnard, P. J., not sitting.

Elizabeth A. Jenness, Administratrix, etc., Respondent, v. Andrew J. Constantine, Ap pellant.—Judgment and order affirmed, with costs. Opinion by Barnard, P. J.

Henry Christie and another, Respondents, v. Thomas Shankey and others, Appellants.— Judgment affirmed, with costs. Opinion by Pratt, J ; Barnard, P. J., not sitting.

John R. Flanagan and another, Appellants v. James Barker and others, Respondents.— Judgment affirmed, with costs. Opinion by Barnard, P. J. , Dykman, J., not sitting.